David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

Attorney for Plaintiff
Shirley Celcis

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHIRLEY CELCIS, | Case No. 2:21-cv-00252-JCM-NJK |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| AARON'S, INC; RENT-A-CENTER WEST, INC, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Defendants not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action authorizes and directs the Clerk of the Court to enter a judgment of dismissal.

Dated:        February 16, 2021

                         Respectfully submitted,

                         By:    /s/ David Krieger, Esq.
                               David Krieger, Esq.
                               Nevada Bar No. 9086
                               Shawn Miller, Esq.
                               Nevada Bar No. 7825
                               KRIEGER LAW GROUP, LLC
                               2850 W. Horizon Ridge Parkway
                               Suite 200
                               Henderson, Nevada 89052
                               Phone: (702) 848-3855
                               Email: dkrieger@kriegerlawgroup.com
                               Email: smiller@kriegerlawgroup.com