1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIRLEY CELCIS, | CASE NO.:  2:21-cv-00252-JCM-NJK |
| Plaintiff, | ORDER GRANTING STIPULATION FOR EXTENSION TO RESPOND TO COMPLAINT |
| vs. | |
| AARON'S, INC; RENT-A-CENTER WEST, INC, | (FIRST REQUEST) |
| Defendants. | |

Plaintiff Shirley Celcis ("Celcis") and Defendant Rent-A-Center West, Inc. ("Rent-A-Center") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend Rent-A-Center's deadline to respond to Celcis' Complaint [ECF No. 1] to April 7, 2021, for the following reasons:

1.    On February 23, 2021, Celcis served the Complaint and Summons on Rent-A-Center.

2.    Rent-A-Center's Response is currently due March 17, 2021.

3.    Counsel for Rent-A-Center was only recently retained, and requires additional time to locate, organize, and review the relevant documents and prepare the appropriate response. In addition, the Parties are discussing potential settlement.

1     4.     The Parties agreed to the extension requested herein.

2     5.     This extension request is sought in good faith and is not made for the purpose of

3  delay.

4       Therefore, the Parties respectfully request a 21-day extension for Rent-A-Center to respond

5  to Celcis' Complaint up to and including April 7, 2021.

7     DATED:  March 16, 2021          DATED:  March 16, 2021

8     KRIEGER LAW GROUP, LLC        SNELL & WILMER L.L.P.

10  By: /s/ Shawn Miller           By: /s/ Richard C. Gordon

David Krieger             Richard C. Gordon

Nevada Bar No. 9086         Nevada Bar No. 9036

11  Shawn Miller             Michael Paretti

Nevada Bar No. 7825         Nevada Bar No. 13926

12  2850 W. Horizon Ridge Parkway,    3883 Howard Hughes Parkway

Suite 200               Suite 1100

13  Henderson, Nevada 89052      Las Vegas, Nevada 89169

14  *Attorneys for Plaintiff Shirley Celcis*    *Attorneys for Defendant Rent-A-Center West, Inc.*

16                   **ORDER**

17                **IT IS ORDERED** that Rent-A-Center West, Inc.

18                shall respond to Plaintiff's Complaint on or before

19                April 7, 2021.

21                UNITED STATES MAGISTRATE JUDGE

22                DATED:  March 16, 2021