Richard C. Gordon
Nevada Bar No. 9036
Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rgordon@swlaw.com
mparetti@swlaw.com

Attorneys for Defendant
Rent-A-Center West, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIRLEY CELCIS, | CASE NO.: 2:21-cv-00252-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO RE-CLOSE CASE** |
| vs. | |
| AARON'S, INC; RENT-A-CENTER WEST, INC, | |
| Defendants. | |

Plaintiff Shirley Celcis ("Celcis") and Defendant Rent-A-Center West, Inc. ("Rent-A-Center") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On February 16, 2021, Celcis filed her Complaint in this action. ECF No. 1.

2. On February 16, 2021, Celcis filed a Notice of Voluntary Dismissal of this Action. ECF No. 4.

3. Accordingly, the Civil Case was terminated on February 16, 2021.

4. On February 23, 2021, Celcis served a Complaint and Summons on Rent-A-Center in Case No. 2:21-cv-00265-JCM-BNW.

5. The Parties subsequently agreed to extend Rent-A-Center's deadline to respond to the Complaint in Case No. 2:21-cv-00265-JCM-BNW. However, that stipulation was errantly filed in the instant action. *See* ECF No. 5.

6. The Court granted the Parties' stipulation on March 16, 2021. *See* ECF No. 6.

7. Because the Complaint [ECF No. 1] has already been dismissed in this action, there is no operative complaint for Rent-A-Center to respond to.

8. Accordingly, the Parties stipulate that the Court vacate Rent-A-Center's deadline to respond to Plaintiff's Complaint because there is no operative Complaint, and re-close this case to the extent it was re-opened.

DATED: April 2, 2021

KRIEGER LAW GROUP, LLC

By: */s/ Shawn Miller*
David Krieger
Nevada Bar No. 9086
Shawn Miller
Nevada Bar No. 7825
2850 W. Horizon Ridge Parkway,
Suite 200
Henderson, Nevada 89052

*Attorneys for Plaintiff Shirley Celcis*

DATED: April 2, 2021

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Richard C. Gordon
Nevada Bar No. 9036
Michael Paretti
Nevada Bar No. 13926
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Rent-A-Center West, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 7, 2021.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2021, I electronically filed the foregoing **STIPULATION AND ORDER TO RE-CLOSE CASE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 2nd day of April 2021.

   /s/ Maricris Williams
An employee of Snell & Wilmer L.L.P.

4852-8245-8337

- 3 -